UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FLOURNOY, P00154293,<br><br>Plaintiff,<br><br>v.<br><br>MARIN COUNTY SHERIFF, et al.,<br><br>Defendant(s). | Case No. 23-cv-06101-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

This civil action by a prisoner was filed on November 24, 2023.  The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See ECF No. 2 at 1; accord 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.  See ECF No. 2 at 1.

More than 60 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  The action accordingly is DISMISSED without prejudice.

The clerk is directed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated:  January 29, 2024

_____
CHARLES R. BREYER
United States District Judge